# Court of Appeals
# of the State of Georgia

ATLANTA, June 24, 2013

*The Court of Appeals hereby passes the following order*

**A13I0253. ANN ROYSTON DOVE, ADMINISTRATRIX OF THE ESTATE OF EULALA ROYSTON v. TY COBB HEALTHCARE SYSTEMS, INC., d/b/a BROWN MEMORIAL CONVALESCENT CENTER.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

07FV443



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, June 24, 2013.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*